KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 271-3059
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

E-FILED

CHAMBERS COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEBBIE FARFAN,<br>a/k/a DEBBIE CORDIERO<br><br>    Defendant. | No.   CR 05-00797 MHP<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 13, 2006 TO DECEMBER 11, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    On November 13, 2006, the parties appeared before the Honorable Marilyn Hall Patel for a status conference in that matter. At that appearance, defense counsel stated that he needed additional time to effectively prepare to defend this case. In addition, defense counsel represented that he would be unavailable for a portion of the time before the next hearing date. The Court found that time should be excluded from the Speedy Trial Act for effective preparation and continuity of counsel. The matter was continued to December 11, 2006 for further status or change of plea.

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 13, 2006 to December 11, 2006.

1  The parties agree, and the Court finds and holds, as follows:

2  1. The defendant is out of custody.

3  2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon
the need for effective preparation and continuity of defense counsel.

3. Counsel for the defense believes that the exclusion of time is in his client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 13, 2006, to December 11, 2006, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that the period from November 13, 2006, to December 11, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 12/7/06

EAN VITZI
Attorney for Defendant

DATED: 12/11/06

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 18/19/06

HON. MARILYN HALL PATEL
United States District Judge