TED CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
LOUISE ANZINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LOUISE ANZINI, et al.,<br><br>　　　　　Defendants. | NO. CR 05-797 MHP<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE AND EXCLUDING TIME |

It is hereby stipulated by and between the parties that the date currently set for a hearing and status conference, February 5, 2007, should be continued to March 19, 2007 at 10:00 a.m. Said continuance is necessary because of new discovery to be provided by the government, for the preparation of defense counsel and for continuing negotiations to resolve the case. It is further stipulated that the time between February 5, 2007 to March 19, 2007 should be excluded from the Speedy Trial Act calculations in the interests of justice under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

DATED: January 31, 2007

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ted W. Cassman
　　　　　　　　　　　　　　　　　　　　　　　　Ted W. Cassman, for
　　　　　　　　　　　　　　　　　　　　　　　　Defendant Louise Anzini

1

DATED: January 31, 2007

By: /s/ Ean W. Vizzil
Ean Vizzil, attorney for
defendant Deborah Farfan

DATED: January 31, 2007

Kirstin Ault, Assistant U.S
Attorney

## ORDER

Based upon the parties' stipulation and good cause appearing therefor, it is hereby ORDERED that the date currently set for a hearing and status conference, February 5, 2007, shall be continued to March 19, 2007 at 10:00 a.m. The Court finds that this continuance is necessary because of new discovery to be provided by the government, for the preparation of defense counsel and for continuing negotiations to resolve the case.

It is further ORDERED that the time between February 5, 2007 to March 19, 2007 shall be excluded from the Speedy Trial Act calculations in the interests of justice under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

DATED: February 1, 2007

Marilyn Hall Patel, Judge
United States District Court

2