1  EAN VIZZI, CSBN 209444
   506 Broadway
2  San Francisco CA 94133
   Telephone: 415/986-5591
3  Facsimile: 415/421-1331

4  Attorney for Defendant
   DEBBIE FARFAN

5

6

7                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
8                       SAN FRANCISCO DIVISION

9

10 UNITED STATES OF AMERICA,           CR 05-0797-MHP

11          Plaintiff,                 STIPULATION AND [PROPOSED]
                                       ORDER FOR PRE-PLEA
12     v.                              PRESENTENCE REPORT

13 DEBBIE FARFAN,

14          Defendant.
   _____/
15

16     The parties ask the court to (a) vacate the March 19, 2007

17 status conference date, (b) set a future hearing date of April

18 23, 2007, (c) exclude time under the Speedy Trial Act from March

19 19, 2007 to April 23, 2007, and (d) refer the matter to United

20 States Probation for a pre-plea presentence report.  The parties

21 make these requests for the following reasons:

22 (1) The parties have undertaken substantial settlement

23 negotiations in this matter and anticipate that a guilty plea

24 will by the defendant in this matter.  Three of five defendants

25 in this case have changed pleas, the final two defendants were

26 not indicted until over a year after the initial three

27 defendants.  Defense counsel is in the process of calculating

28 potential sentences and defendant's criminal history category is

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

necessary to make any reliable prediction of potential sentences upon change of plea.  Defendant therefore requests this court to order a pre-plea presentence report to determine defendant's criminal history category.  Assistant U.S. Attorney Kirstin Ault has no objection to defendant's request;

(2) The parties agree that time should be excluded under the Speedy Trial Act from March 19, 2007 to April 23, 2007.  As grounds for exclusion of time is for effective preparation of defense counsel;  This case involves an investigation which involved execution of numerous search warrants and interviews with an extensive amount of witnesses;  Defense counsel currently undertaking sentencing calculations based on various sentencing factors and require additional time to complete this task; The parties agree that failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See: 18 U.S.C. § 3162(h)(8)(B)(iv).  As further grounds for exclusion, counsel actively preparing and is scheduled to begin jury trial in Humboldt County Superior Court in a current state prosecution against the instant defendant on March 19.  Based on this previously-scheduled matter, the parties agree that failure to grant a continuance would unreasonably deny the defense continuity of counsel as well as put defendant and counsel in the untenable position of having to appear in both places at once.  Id.

(3) Finally, the parties agree that the ends of justice are served by excluding time from March 19, 2007 to April 23, 2007, outweigh the best interest of the public and the defendant in a

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

speedy trial within the meaning of 18 U.S.C. § 3161(h)(A).

Dated: March 16, 2007                    /S/KIRSTIN AULT
                                         KIRSTIN AULT
                                         Assistant United States Attorney


Dated: March 16, 2007                    /S/EAN VIZZI
                                         EAN VIZZI
                                         Attorney for defendant
                                         DEBBIE FARFAN


ORDER

GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED THAT:

(1) The court vacates the status date of March 19, 2007, and resets the matter on April 23, 2007;

(2) Defendant Debbie Farfan is referred to United States Probation Office for the pre-plea presentence report;

(3) For the reasons set forth in the parties' stipulation, the Court orders that the period from March 19, 2007 to April 23, 2007 be excluded from the Speedy Trial Act calculations under 18 U.S.C. §3161(h)(8)(A) & (B)(i) & (iv).


IT IS SO ORDERED.

Dated:  March 16, 2007                   _____
                                         HON. MARILYN H. PATEL
                                         Judge, United States District Court

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331