1  EAN VIZZI, CSBN 209444
   506 Broadway
2  San Francisco CA 94133
   Telephone: 415/986-5591
3  Facsimile: 415/421-1331

4  Attorney for Defendant
   DEBBIE FARFAN

5

6

7                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
8                     SAN FRANCISCO DIVISION

9

10 UNITED STATES OF AMERICA,       CR 05-0797-MHP

11        Plaintiff,               STIPULATION AND [PROPOSED]
                                   ORDER FOR PRE-PLEA
12    v.                           PRESENTENCE REPORT

13 DEBBIE FARFAN,

14        Defendant.
   _____/
15

16      The parties ask the court to (a) vacate the March 19, 2007
17 status conference date, (b) set a future hearing date of April
18 23, 2007, (c) exclude time under the Speedy Trial Act from March
19 19, 2007 to April 23, 2007, and (d) refer the matter to United
20 States Probation for a pre-plea presentence report.  The parties
21 make these requests for the following reasons:
22 (1) The parties have undertaken substantial settlement
23 negotiations in this matter and anticipate that a guilty plea
24 will by the defendant in this matter.  Three of five defendants
25 in this case have changed pleas, the final two defendants were
26 not indicted until over a year after the initial three
27 defendants.  Defense counsel is in the process of calculating
28 potential sentences and defendant's criminal history category is

1 necessary to make any reliable prediction of potential sentences
2 upon change of plea.  Defendant therefore requests this court to
3 order a pre-plea presentence report to determine defendant's
4 criminal history category.  Assistant U.S. Attorney Kirstin Ault
5 has no objection to defendant's request;
6 (2) The parties agree that time should be excluded under the
7 Speedy Trial Act from March 19, 2007 to April 23, 2007.  As
8 grounds for exclusion of time is for effective preparation of
9 defense counsel;  This case involves an investigation which
10 involved execution of numerous search warrants and interviews
11 with an extensive amount of witnesses;  Defense counsel
12 currently undertaking sentencing calculations based on various
13 sentencing factors and require additional time to complete this
14 task; The parties agree that failure to grant a continuance
15 would deny defense counsel the reasonable time necessary for
16 effective preparation, taking into account the exercise of due
17 diligence.  See: 18 U.S.C. § 3162(h)(8)(B)(iv).  As further
18 grounds for exclusion, counsel actively preparing and is
19 scheduled to begin jury trial in Humboldt County Superior Court
20 in a current state prosecution against the instant defendant on
21 March 19.  Based on this previously-scheduled matter, the
22 parties agree that failure to grant a continuance would
23 unreasonably deny the defense continuity of counsel as well as
24 put defendant and counsel in the untenable position of having to
25 appear in both places at once.  Id.
26 (3) Finally, the parties agree that the ends of justice are
27 served by excluding time from March 19, 2007 to April 23, 2007,
28 outweigh the best interest of the public and the defendant in a

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

speedy trial within the meaning of 18 U.S.C. § 3161(h)(A).

Dated: March 16, 2007                /S/KIRSTIN AULT
                                     KIRSTIN AULT
                                     Assistant United States Attorney


Dated: March 16, 2007                /S/EAN VIZZI
                                     EAN VIZZI
                                     Attorney for defendant
                                     DEBBIE FARFAN


ORDER

GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED THAT:

(1) The court vacates the status date of March 19, 2007, and resets the matter on April 23, 2007;

(2) Defendant Debbie Farfan is referred to United States Probation Office for the pre-plea presentence report;

(3) For the reasons set forth in the parties' stipulation, the Court orders that the period from March 19, 2007 to April 23, 2007 be excluded from the Speedy Trial Act calculations under 18 U.S.C. §3161(h)(8)(A) & (B)(i) & (iv).


IT IS SO ORDERED.

Dated:  March 16, 2007
                                     Judge Marilyn H. Patel
                                     United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

3