EAN VIZZI (CSBN 209444)
506 Broadway
San Francisco, CA 94133
Tel: 415-986-5591
Fax: 415-421-1331

Attorney for Defendant
DEBORAH FARFAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | NO. CR 05-797 MHP |
|---|---|
| Plaintiff, vs. | STIPULATION AND ORDER CONTINUING SENTENCING HEARING. |
| DEBORAH FARFAN, | |
| Defendant. | |

It is hereby stipulated by and between the parties that the date currently set for a Sentencing in the above referenced matter, May 12, 2008, should be continued to June 23, 2008 at 10:00 a.m. Said continuance is necessary because of the defendant, who is currently in state custody serving a state prison sentence is not scheduled to be released until May 12, 2008 and therefore will not be able to attend court on that date..

DATED: April 7, 2008

/s/ Ean Vizzi
EAN VIZZI
Attorney for Defendant
DEBORAH FARFAN

DATED: April 8, 2008

/s/ Kirsin Ault
Kirstin Ault,
Assistant U.S Attorney

1

**ORDER**

Based upon the parties' stipulation and good cause appearing therefor, it is hereby ORDERED that the date currently set for SENTENCING, May 12, 2008, shall be continued to June 23, 2008 at ~~10:00 a.m.~~ 9:00 a.m.

DATED: 4/8/2008 _____



Marilyn Hall Patel, Judge
United States District Court

2