```
EAN VIZZI (CSBN 209444)
506 Broadway
San Francisco, CA 94133
Tel: 415-986-5591
Fax: 415-421-1331

Attorney for Defendant
DEBORAH FARFAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>DEBORAH FARFAN,<br><br>        Defendant.<br>_____/ | NO. CR 05-797 MHP<br><br>STIPULATION AND<br>[~~PROPOSED~~] ORDER<br>CONTINUING SENTENCING<br>HEARING. |

It is hereby stipulated by and between the parties that the date currently set for a Sentencing in the above referenced matter, July 10, 2008, should be continued to August 4, 2008 at 9:00 a.m. The matter was previously set for June 23, 2008 but on the Court's motion, was continued to July 10, 2008. Defense counsel, however, had been scheduled to be on a preplanned trip out of the country between July 9, 2008, and returning on July 14, 2008, and is therefore will be unable to attend a hearing on the newly scheduled date. Assistant United States Attorney Kirstin Ault and United States Probation Officer Anne Searles

have both been consulted and both are available on August 4, 2008.

It is stipulated that the date currently set for SENTENCING be continued to August 4, 2008 at 9:00 a.m.

DATED: June 25, 2008          /s/ EAN VIZZI
                              EAN VIZZI
                              Attorney for Defendant
                              DEBORAH FARFAN


DATED: June 25, 2008          /s/ KIRSTIN AULT
                              KIRSTIN AULT
                              Assistant U.S Attorney


**ORDER**

Based upon the parties' stipulation and good cause appearing therefor, it is hereby ORDERED that the date currently set for SENTENCING, July 10, 2008, shall be continued to August 4, 2008 at 9:00 a.m.


DATED:  July 3, 2008

MARILYN HALL PATEL, Judge
United States District Court



2